BARKETT, Justice,
concurring specially.
I concur specially for several reasons. First, petitioner gave to the Board an unequivocal release to obtain all confidential documents. Second, in my opinion, the evi- *1108 deuce does not adequately support the Board’s conclusion that petitioner willfully misrepresented facts to the Board pertaining to the marijuana incidents which occurred over ten years ago while he was a college student in 1975. Third, regardless of how bad the advice, petitioner did rely on the advice of his lawyer-father throughout his dealings with the Board (including waiving his presence at hearings). Fourth, petitioner has been a member of the Michigan Bar without incident since 1983 and came to Florida to assist in the care of his lawyer-father who has multiple sclerosis and now is confined to a wheel chair. Fifth, while the Board has withheld his admission for almost two years, petitioner has worked as a law clerk, earning a solid recommendation from his employers. In short, I believe that petitioner has been adequately punished. I cannot see what more petitioner can do to prove any further rehabilitation.
ADKINS, J., concurs.